AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

v.

GILBERTO LOPES NAGIME
530 WILLARD STREET, APT 101
QUINCY, MA

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: MJ-05-854-MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 4/13/05, 4/19/05, and 5/10/05 in Norfolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

knowingly transfer identification documents, authentication features, and false identification documents knowing that such documents or features were stolen or produced without lawful authority

AND

sold orders, records, signatures and other instruments, papers, and proceedings required and authorized by any law relating to registry of aliens, knowing the same to be false, forged, altered, antedated, or counterfeited

in violation of Title 18 United States Code, Section(s) 1028(a)(2) and 1426(b).

I further state that I am a(n) ICE Special Agent and that this complaint is based on the following
*Official Title*
facts:

Please see attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

*Signature of Complainant*

Sworn to before me and subscribed in my presence,

June 17, 2005 @ 12:45PM      at      Boston, Massachusetts
Date                                          City and State

Marianne B. Bowler
United States Magistrate Judge                  *Signature of Judicial Officer*
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.