```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )    CRIMINAL NO. 05-10211-MLW
                            )
V.                          )    18 U.S.C. § 1028(a)(2)
                            )    Transfer of False
GILBERTO LOPES NAGIME       )    Identification Documents

## INFORMATION

### COUNT ONE:
### 18 U.S.C. § 1028(a)(2)
### (Transfer of False Identification Documents)

The United States Attorney charges that:

On or about April 12, 2005, in Weymouth, in the District of Massachusetts,

**GILBERT LOPES NAGIME,**

defendant herein, did knowingly transfer false identification documents, to wit: Social Security Administration account number cards and counterfeit resident alien cards, which appeared to be used by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

-1-

**COUNT TWO:**
**18 U.S.C. § 1028(a)(2)**
**(Transfer of False Identification Documents)**

The United States Attorney further charges that:

On or about April 21, 2005, in Weymouth, in the District of Massachusetts, defendant did knowingly transfer false identification documents, to wit: Social Security Administration account number cards and counterfeit resident alien cards, which appeared to be used by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Sections 2 and 1028(a)(2).

## COUNT THREE:
## 18 U.S.C. § 1028(a)(2)
### (Transfer of False Identification Documents)

The United States Attorney further charges that:

On or about May 10, 2005, in Weymouth, in the District of Massachusetts, defendant did knowingly transfer false identification documents, to wit: Social Security Administration account number cards and counterfeit resident alien cards, which appeared to be used by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

**FORFEITURE ALLEGATION:**
**18 U.S.C. § 1028(h); 18 U.S.C. § 982(a)(2)(B)**

The United States Attorney further charges that:

1.  As a result of the offenses in violation of 18 U.S.C. § 1028 charged in Counts 1 through 3 of this Information, the defendant,

**GILBERTO LOPES NAGIME**

shall forfeit all illicit authentication features, identification documents, document-making implements, means of identification, and any property constituting, or derived from, proceeds obtained directly or indirectly from sales of identification documents, including but not limited to:

- Computer, false documents, and $11,000 cash seized from Defendant's bedroom at 210 Commercial Street, Weymouth, MA.

2.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), which is incorporated by 18 U.S.C. § 1028(g), to seek forfeiture of any other property of said defendant up to the

-4-

value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 1028(h).

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

By: _____

                                  S. WAQAR HASIB
                                  Assistant U.S. Attorney

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Weymouth      **Category No.** II      **Investigating Agency** ICE

**City** Weymouth      **Related Case Information:**

**County** Norfolk

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant    Yes _____    New Defendant _____
Magistrate Judge Case Number    05-MJ-00854-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Gilberto Lopes Nagime      Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address    530 Willard Street, Apt. 101, Weymouth, MA

Birth date (Year only): _____  SSN (last 4 #): _____  Sex M  Race: Hispanic    Nationality: Brazilian

Defense Counsel if known:    Mark W. Pearlstein      Address: McDermott, Will & Emery
                                                              28 State Street, Boston, MA 02109

Bar Number: _____

**U.S. Attorney Information:**

AUSA    S. Waqar Hasib      Bar Number if applicable    California 234818

Interpreter:    ☒ Yes  ☐ No      List language and/or dialect:    Portuguese

Matter to be SEALED:    ☐ Yes  ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

**Arrest Date:**    6/30/2005

☒ Already in Federal Custody as    defendant    in    United States v. Nagime    .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

**Charging Document:**    ☐ Complaint    ☒ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    3

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:    August 22, 2005      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Gilberto Lopes Nagime

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1028(a)(2) | Fraud related to identification documents | 1-3 |
| Set 2  18 U.S.C. § 1028(h) | Forfeiture of document making implements | n/a |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**