UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                          **CRIMINAL CASE**

                                          **NO. 05-10211-MLW**
        V.

**GILBERTO NAGIME**
        **Defendant(s)**

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on **OCTOBER 28, 2005** at 10:00 A.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

                                          SARAH A. THORNTON
                                          CLERK OF COURT

**October 21, 2005**           By:   **/s/ Dennis O'Leary**
        Date                         **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)              [ntchrgcnf.]
                                      [kntchrgcnf.]