# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Laura McLane
Attorney at Law
lmclane@mwe.com
617.535.4410

October 18, 2005

Mr. Dennis O'Leary
Courtroom Clerk to the Honorable Mark L. Wolf
United States District Court
District of Massachusetts
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *United States v. Nagime*, 05-cr-10211-MLW

Dear Mr. O'Leary:

In follow up to our telephone conversation last Friday, I would like to reiterate my prior requests that a plea hearing be scheduled in this matter as soon as the Court's schedule allows. As you know, my client is being detained, and is eager to reach a resolution of this matter. Accordingly, please advise me when a hearing has been scheduled.

I look forward to hearing from you. Please do not hesitate to give me a call at (617) 535-4410 if you have any questions.

Sincerely,

Laura McLane

cc:   S. Waqar Hasib, Esq.
      Mark Pearlstein, Esq.

BST99 1477221-1.009962.0194

U.S. practice conducted through McDermott Will & Emery LLP.
28 State Street  Boston, Massachusetts  02109-1775  Telephone: 617.535.4000  Facsimile: 617.535.3800  www.mwe.com