UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10211

| United States of America | Gilberto Nagime |
|---|---|
| PLAINTIFF | DEFENDANT |

| Victor Wild | Mark Pearlstein |
|---|---|
|  | Laura McLane |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf            CLERK  O'Leary            REPORTER  Romanow

### CLERK'S NOTES

| DATES: | Change of Plea |
|---|---|
| 10/27/05 | Interpreter, Claudia Azoff, sworn in. |
|  | Defendant takes the stand and is sworn |
|  | Waiver of indictment colloquy given. |
|  | Court accepts the defendant's waiver of indictment that was filed in open court. |
|  | Plea colloquy given.  Defendant waives the reading of the information. |
|  | Government summarizes the evidence it would present had the case gone to trial. |
|  | Defendant pleads guilty to all three counts. |
|  | Court accepts the defendant's plea and orders the clerk to enter the same. |
|  | Court continues the defendant's detention. |
|  | Sentencing scheduled for 1/24/2006 at 3:00 PM.  Scheduling order to issue. |