UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )    CRIMINAL NO. 05-10211-MLW
        v.                )
                          )
GILBERTO LOPES NAGIME     )

## WAIVER OF INDICTMENT

Defendant Gilberto Lopes Nagime, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

GILBERTO LOPES NAGIME

Mark W. Pearlstein, Esq.
Laura McLane, Esq.
Attorney for Defendant

Date: October 28, 2005

ALLOWED
Wo §. D. J
Oct. 28, 2005