UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>)<br>)<br>GILBERTO LOPES NAGIME )<br>a/k/a Gilberto Lopes Negime )<br>a/k/a Gilberto Lopes Nagme )<br>)<br>Defendant ) | Criminal No. 05-10211-MLW |

### ORDER OF STIPULATED JUDICIAL DEPORTATION

Pursuant to the authority created by section 374(a)(3) of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. 104-208, 110 Stat. 3009 (September 30, 1996), codified at Title 8, United States Code, Section 1228(c)(5), and upon the parties' agreement to the entry of a stipulated judicial order of deportation, it is hereby ordered that the defendant, GILBERTO LOPES NAGIME a/k/a Gilberto Lopes Negime a/k/a Gilberto Lopes Nagme, an alien removable under 8 U.S.C. § 1227(a)(1)(B), upon conviction and after release from any period of incarceration, be taken into custody by United States Immigration and Customs Enforcement and deported to Brazil or to any other country as prescribed by the immigration laws of the United States of America.

MARK L. WOLF
CHIEF JUDGE, UNITED STATES
DISTRICT COURT

Entered: January 24, 2006