```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )
          v.                 )   CRIMINAL NO. 05-10211-MLW
                             )
GILBERTO LOPES NAGIME,       )
          Defendant.         )
```

## FINAL ORDER OF FORFEITURE

WHEREAS, on August 22, 2005, a three-count information was filed charging Gilberto Lopes Nagime (the "Defendant"), with Transfer of False Identification Documents, in violation of 18 U.S.C. § 1028(a)(2) (Count One); Transfer of False Identification Documents, in violation of 18 U.S.C. § 1028(a)(2) (Count Two) and Transfer of False Identification Documents, in violation of 18 U.S.C. § 1028(a)(2)(Count Three);

WHEREAS, the Information also included a forfeiture allegation, pursuant to 18 U.S.C. § 1028(h) and 18 U.S.C. § 982(a)(2)(B), seeking the forfeiture, as a result of committing the offenses alleged in Count One through Three of the Information of all illicit authentication features, identification documents, document-making implements, means of identification, and any property constituting or derived from, proceeds obtained directly or indirectly from sales of identification documents, including, but not limited to, (1) a computer, (2) false documents, and (3) $11,000 in U.S. Currency seized from the Defendant's bedroom at 210 Commercial Street,

Weymouth, MA (the "Property");

WHEREAS, on October 28, 2005, pursuant to a written plea agreement, the Defendant pled guilty to Counts One through Three of the Information and agreed that the Defendant would specifically forfeit the Property;

WHEREAS, on January 24, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Property;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties, and published in the Boston Herald on May 1, 2006, May 8, 2006, and May 15, 2006; and

WHEREAS, no claims of interest in the Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on June 16, 2006.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

   1.   The United States' Motion for a Final Order of Forfeiture is allowed.

   2.   The United States of America is now entitled to the forfeiture of all right, title or interest in the Property, and it is hereby forfeited to the United States of America pursuant to the provisions of 18 U.S.C. § 1028(h) and 18 U.S.C. § 982(a)(2)(B).

3. All other parties, having any right, title, or interest in the Property, are hereby held in default.

/s/ Mark L. Wolf
MARK L. WOLF
Chief United States District Judge

Date: Sept. 21, 2007