

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 05-10211-MLW |
|---|---|
| DEFENDANT<br>**Gilberto Lopes Nagime** | TYPE OF PROCESS<br>**Final Order of Forfeiture** |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc.. to Serve or Description of Property to Seize

$11,000.00 in U.S. Currency

Address (Street or RFD / Apt. # / City, State, and Zip Code)

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-referenced U. S. Currency in accordance with the attached Final Order of Forfeiture and applicable law.

JLJ x3297          05-USC-000891

| Signature of Attorney or other Originator requesting service on behalf of   [X]Plaintiff<br>*Kristina E. Barclay/JLJ*   [ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>December 10, 2007 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.)<br><br>The forfeited $11,000.00 has been deposited into the U.S. Treasury Forfeiture Fund. | Date of Service<br><br>Please see block at left. | Time of Service [ ] AM [X] PM | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | | Feb. 29, 2008 |

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY